UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THE DETOUR DOCK COMPANY,

    Plaintiff,

v.

THE VESSEL ARTHUR K. ATKINSON,
et al.,

    Defendants.
_____/

Case No. 2:09-cv-237

CONSENT CASE

## JUDGMENT

IT IS ORDERED that judgment is entered for plaintiff and against defendants in the amount of $162,583.50 plus interest.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:   June 22, 2011